```
 1                  IN THE UNITED STATES DISTRICT COURT
                       NORTHERN DISTRICT OF ILLINOIS
 2                           EASTERN DIVISION

 3   MICHAEL MOGAN,                      )   No. 23 C 02868
                                         )
 4                     Plaintiff,        )
                                         )
 5              vs.                      )
                                         )
 6   PORTFOLIO MEDIA INC.,               )   Chicago, Illinois
                                         )   July 24, 2023
 7                     Defendant.        )   9:17 a.m.

 8            TRANSCRIPT OF TELEPHONIC PROCEEDINGS

 9          BEFORE THE HONORABLE MATTHEW F. KENNELLY

10   APPEARANCES TELEPHONICALLY:

11   For the Plaintiff:     LAW OFFICE OF MICHAEL MOGAN
                            BY:  MR. MICHAEL MOGAN
12                          4803 North Milwaukee Avenue
                            Suite B, Unit #244
13                          Chicago, Illinois 60630
                            (773) 799-8477
14

15   For the Defendant:     DAVIS WRIGHT TREMAINE, LLP
                            BY:  MS. ELIZABETH A. McNAMARA
16                          1251 Avenue of Americas
                            Suite 2100
17                          New York, New York 10020
                            (212) 603-6437
18

19

20

21   Court Reporter:        JUDITH A. WALSH, CSR, RDR, F/CRR
                            Official Court Reporter
22                          219 South Dearborn Street, Suite 2342
                            Chicago, Illinois 60604
23                          (312) 702-8865
                            judith_walsh@ilnd.uscourts.gov
24

25
```

```
 1        (Proceedings heard telephonically:)
 2            THE CLERK:  Case 23 C 2868, Mogan versus Portfolio
 3   Media.
 4            THE COURT:  Do we have the plaintiff on the phone?
 5            MR. MOGAN:  Yes, your Honor.  Michael Mogan, your
 6   plaintiff and also attorney.
 7            THE COURT:  Good morning, Mr. Mogan.
 8            And do we have defense counsel and, if so, can you
 9   give your name, please?
10            MS. McNAMARA:  Yes, your Honor.  Elizabeth McNamara,
11   Davis Wright Tremaine, for defendant, Portfolio Media, Inc.
12            THE COURT:  Okay.  So what I've got now is a motion
13   to dismiss that was filed probably about a week or ten days
14   ago.  And I think really from my standpoint, really all I need
15   to do today is set a briefing schedule on that.
16            Mr. Mogan, how long would you like to respond to the
17   motion?
18            MR. MOGAN:  Could I have 35 days from when it was
19   filed, so until August 18th or within reason?
20            THE COURT:  That's fine.  Plaintiff's got until the
21   18th of August to file a response to the motion to dismiss.
22            And, Ms. McNamara, how long do you want after that to
23   file a reply?
24            MS. McNAMARA:  Since I'm out of the country the week
25   of the 25th, could we have until September 15?
```

1   THE COURT:  That's fine.  September 15 is the due
2 date for the reply.  I'll set another --
3   MS. McNAMARA:  Thank you very much.
4   THE COURT:  I'll set another date for a hearing if
5 necessary after I get the last brief.  Anything else anybody
6 needs to bring up today?
7   MR. MOGAN:  I --
8   MS. McNAMARA:  No, your Honor.  Thank you.
9   THE COURT:  Mr. Mogan, I'm sorry.  Were you --
10   MR. MOGAN:  Sure.  So I intend to file a
11 first amended -- leave to file a first amended complaint, so
12 I'll file it on the same date, the 15th.
13   THE COURT:  No, no, no, then we've got to go back to
14 square one.  So here's what the rule says.  The rule says
15 that -- hang on one second.  I want to make sure I don't
16 misquote it.  Just a second.
17   (Pause.)
18   THE COURT:  Okay.  So Rule 15 says, this is
19 15(a)(1)(A), you get to do it automatically without leave of
20 court within 21 days after service of a Rule 12 motion.  So
21 that would mean you could do it without leave of court by, it
22 would be something like the 4th of August because I think the
23 motion was filed on the 14th of July.  Anything other than
24 that, you need leave of court.
25   Now, the standard is pretty liberal on that, but I'm

1  not going to give you that long to do it.  You're going to
2  have to do it -- if you're going to file a motion, if you're
3  going to file an amended complaint or a motion for leave to
4  amend, which is what it would have to be at that point, I'm
5  not going to give you 35 days from when you had the motion to
6  dismiss, just that simple.  I'll give you until two weeks from
7  today.
8         MR. MOGAN:  Okay.  Thank you, your Honor.  One thing,
9  I misspoke.  I actually already amended it once.  This would
10 be the second amended complaint that I --
11        THE COURT:  Ah, okay.  So then you -- okay.  Fine.
12 So any motion -- I'm going to leave the briefing schedule in
13 place on the motion to dismiss for now, but I'm going to say
14 that any motion for leave to amend is going to be due by
15 the -- two weeks from today which is, I think, the 7th of
16 August.
17        MR. MOGAN:  Okay.
18        THE COURT:  And then just to have a check date with
19 you, I'm going to set it for a phone call a little bit later
20 that week.  Let's say, if you can do a call on the 11th of
21 August -- wait a second here.
22        Can you do a call on the 11th of August at 10 after
23 9:00?
24        MR. MOGAN:  Yes.  Plaintiff can, your Honor.
25        MS. McNAMARA:  And defendant can, your Honor.

1    THE COURT: Okay. So that will just be to check in
2 based on what does or doesn't get filed by Mr. Mogan earlier
3 in the week. And then if we need to adjust the rest of the
4 schedule, we can worry about it then.
5    All right. Anything else anybody needs to bring up
6 today?
7    MR. MOGAN: No.
8    MS. McNAMARA: No, your Honor.
9    THE COURT: Have a good day. Take care.
10    MS. McNAMARA: Thank you very much.
11    (Proceedings adjourned at 9:21 a.m.)
12                * * * * * * *
13                C E R T I F I C A T E
14    I, Judith A. Walsh, do hereby certify that the
15 foregoing is a complete, true, and accurate transcript of the
16 telephonic proceedings had in the above-entitled case before
17 the Honorable MATTHEW F. KENNELLY, one of the judges of said
18 court, at Chicago, Illinois, on July 24, 2023.
19
20 /s/ *Judith A. Walsh, CSR, RDR, F/CRR*_____    March 29, 2024
21 Official Court Reporter
22 United States District Court
23 Northern District of Illinois
24 Eastern Division
25